GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

          Plaintiff,

vs.

Claude Williams,

          Defendant.

No.  CR-25-00020-PHX-KML (DMF)

**INDICTMENT**

VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a),
and 924(a)(1)(D)
(Dealing Firearms without a License)
Count 1

18 U.S.C. § 924(a)(1)(A)
(False Statement During the Purchase
of a Firearm)
Counts 2 – 3

18 U.S.C. §§ 924(d), 981, and 982;
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about between May 15, 2021 and October 15, 2022, in the District of Arizona, Defendant CLAUDE WILLIAMS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## <u>COUNTS 2 – 3</u>

On or between May 6, 2022 and July 20, 2022, in the District of Arizona, Defendant CLAUDE WILLIAMS knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CLAUDE WILLIAMS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant CLAUDE WILLIAMS resided at an address on Bell Road in Phoenix, Arizona, whereas in truth and fact, Defendant CLAUDE WILLIAMS knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 2 | 5/6/2022 | Glockmeister |
| 3 | 7/20/2022 | Ammo AZ |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### **<u>FORFEITURE ALLEGATION</u>**

The Grand Jury realleges and incorporates the allegations of Counts 1-3 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d), 981, 982; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1-3 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendant is liable, including, but not limited to, the following property involved and used in the offense:

Glock, 33, pistol, caliber 357, SN# BXDS970.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), 981, and 982; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_S/_
FOREPERSON OF THE GRAND JURY
Date: January 7, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

_S/_
JACQUELINE SCHESNOL
Assistant U.S. Attorney

- 3 -